IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DUBRIC MITCHELL,
ICE # A20-212-502,

        Petitioner,

v.                                                          4:06cv333-WS

ALBERTO GONZALES,
MICHAEL CHERTOFF,
MICHAEL ROZOS,
DAVID WING, and the
DEPARTMENT OF HOMELAND SECURITY,

        Respondents.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

    Before the Court is the Magistrate Judge's Report and Recommendation docketed December 13, 2006.  See Doc. 16.  The Magistrate Judge recommends that Petitioner's Petition for Writ of Habeas Corpus (doc. 1) be granted.  Respondent government agency and officials have filed no objections to the Report and Recommendation.

    Having carefully considered the record, this Court has determined that the recommendation should be adopted.

Accordingly, it is ORDERED:

1.  The Magistrate Judge's Report and Recommendation (doc. 16) is hereby ADOPTED and incorporated by reference in this order of the Court.

2.  Petitioner's Petition for Writ of Habeas Corpus (doc. 1) is GRANTED.

3.  Respondents shall immediately release Petitioner upon conditions of supervision pursuant to 8 U.S.C. § 1231(a)(3).

4.  The Clerk is directed to enter judgment accordingly.

DONE AND ORDERED this   12th   day of   January  , 2007.


                s/ William Stafford
                WILLIAM STAFFORD
                SENIOR UNITED STATES DISTRICT JUDGE